# Court of Appeals
# of the State of Georgia

ATLANTA, September 23, 2025

*The Court of Appeals hereby passes the following order:*

## A26D0088. JORDAN SMITH v. THE STATE.

On July 28, 2025, the trial court entered an order dismissing Jordan Smith's "Motion for Void Sentence Failure to Arraign." On September 10, 2025, Smith filed this application seeking discretionary review of that order.[1] We, however, lack jurisdiction. To be timely, an application for discretionary review must be filed within 30 days of entry of the order at issue. OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). This application, filed 44 days after entry of the trial court's order, is untimely, and it is therefore DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 09/23/2025

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*

---

[1] Smith states that he also filed a notice of appeal seeking review of the same order, but no direct appeal has yet been docketed in this Court.